Case 2:16-cv-06681-GEKP   Document 28   Filed 11/19/18   Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER J. CECCHINE** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **COMMUNITY EDUCATION CENTERS, INC.** | : | **NO. 16-6681** |
| *Defendant.* | : | |

# O R D E R

**AND NOW, TO WIT:** This 19th day of November, 2018, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

S/Rose A. Barber
Rose A. Barber
Deputy Clerk - Civil
For Judge Gene E.K. Pratter
267-299-7352

Copies sent by ECF to:
James M. Donovan
Matthew H. Fry
Robert M. Diorio